

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00447-CR

Raul Daniel **NORRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9017
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's brief was due January 10, 2019, but neither the brief nor a motion for extension of time was filed. Accordingly, this court sent a notice to appellant on January 14, 2019, advising that the brief was past due. *See* TEX. R. APP. P. 38.8(b)(2). On January 17, 2019, in response to our notice, appellant filed a letter asking that this court grant him a sixty-day extension of time in which to file his brief.

First, we advise appellant that future requests for extension of time must be filed in accordance with Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure, which governs motions for extension of time — except motions to extend time to file a notice of appeal — in the appellate courts. *See id.* R. 10.5(b)(1); *see also id.* 38.6(d). Second, we will construe appellant's letter as a motion to extend time to file appellant's brief. Finally, after review, we **GRANT IN PART AND DENY IN PART** appellant's motion for extension of time. More specifically, we **DENY** appellant's request for a sixty-day extension, but **GRANT** appellant a thirty-day extension of time in which to file appellant's brief. We **ORDER** appellant to file his brief in this court on or before February 11, 2019.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court